**No. 57263.**—H. M. Koenigswerther, Inc., et al. *v.* United States, protests 819795–G, etc.  (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

**No. 57264.**— M. G. Williams *v.* United States, protests 120220–K and 120508–K (Los Angeles).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to the articles involved in Abstracts 55389 and 50357, the claim for free entry under paragraph 1738 was sustained.

**No. 57265.**—Lulis Corp. *v.* United States, protest 79136–K (New York).

Opinion by OLIVER, C. J.   It was stipulated that the merchandise consists of figures composed of synthetic resin articles similar in all material respects to those the subject of Abstracts 51959 and 51306.   The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 57266.**—New York Merchandise Co., Inc. *v.* United States, protest 159189–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of figures composed wholly or in chief value of papier mâché the same in all material respects as those passed upon in *S. S. Kresge Co.* v. *United States* (25 Cust. Ct. 89, C. D. 1269), the claim of the plaintiff was sustained.